1  SUZANNE L. MARTIN
   Nevada Bar No. 8833
2  suzanne.martin@ogletreedeakins.com
   AMY L. HOWARD
3  Nevada Bar No. 13946
4  amy.howard@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower, Suite 1500
   3800 Howard Hughes Parkway
6  Las Vegas, NV  89169
   Telephone:  702.369.6800
7  Fax:  702.369.6888
8  *Attorneys for Defendant Children's Learning Adventure EE LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBRINA HOWARD, an individual, | Case No.:  2:18-cv-1756-KJD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CHILDREN'S LEARNING ADVENTURE EE LLC, a Nevada limited liability company; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Robrina Howard ("Plaintiff") and Defendant Children's Learning Center EE LLC ("Defendant"), by and through their undersigned counsel, that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

///

///

1

Each party to bear their own fees and costs.

Dated this 27th day of February, 2019.

| THE THATER LAW GROUP, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad<br>7000 Smoke Ranch Road<br>Suite C<br>Las Vegas, NV 89128<br>Telephone: 702.736.5297<br>*Attorney for Plaintiff Robrina Howard* | /s/ Suzanne L. Martin<br>Suzanne L. Martin<br>Amy L. Howard<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>Telephone: 702.369.6800<br>*Attorneys for Defendant Children's Learning Adventure EE LLC* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

March 1, 2019
DATE